IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FOLARIN HENRY ALABI, § | |
| § | |
| *Petitioner*, § | |
| § | |
| v. § | No. 3:19-CV-2717-X-BN |
| § | |
| DHS-ICE, § | |
| § | |
| *Respondent*. § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court therefore **DENIES** Petitioner leave to proceed *in forma pauperis* and **ORDERS** that he pay the $5.00 filing fee within **21 days** of this order. If he does not, the Court may dismiss this action without prejudice under Federal Rule of Civil Procedure 41(b) without further notice.

**IT IS SO ORDERED** this 8th day of January 2020.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE